UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISADORA GUGGENHEIM, LNP, RN,

                        Plaintiff,

    -against-                              Case No. 1:25-cv-03615-PKC
                                             Electronically Filed

JAMES MCDONALD, MD, in his official
capacity as Commissioner of NYS
Department of Health;
JOSEPH A. GIOVANNETTI,
in his official capacity as Director of Bureau of
Investigations, NYS Department of Health;
BRENDAN "DOE" (the last name of this
Defendant is unknown to the Plaintiff, the
Individual intended being an officer and
Investigator of the NYS Department of Health,
in his official capacity as investigator of
New York State Department of Health);
"JOHN DOE" and/or "MARY ROE,"
the last two names being fictitious whose
identity is unknown to the Plaintiff, the
individual(s) intended being the director
or head officer of the NYS Department
of Health Immunizations Bureau,

                        Defendants
-------------------------------------------------------------X

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Joseph A. Giovannetti and the Declaration of Vajeera Dorabawila, Defendants James McDonald, M.D., and Joseph A. Giovannetti, by their attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable P. Kevin Castel, United States District Judge of the United States District Court, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be set by the Court, for an order pursuant to Rules 8, 12(b)(1), 12(b)(6) and 12(h)(3)

of the Federal Rules of Civil Procedure dismissing the Amended Complaint, on the grounds that the Court lacks subject matter jurisdiction over this action because the action is barred by the Eleventh Amendment to the United States Constitution, because Plaintiff lacks Article III standing for the prospective declaratory and injunctive relief sought, because the Amended Complaint fails to provide a short and plain statement of the claim and because the Amended Complaint fails to state a claim on which relief can be granted, and granting such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         September 2, 2025

                                      LETITIA JAMES
                                      Attorney General of the State of New York

By:   _____

        James Mirro, Esq.
        Assistant Attorney General
        Litigation Bureau
        New York State Office of the Attorney General
        28 Liberty Street – 17th Floor
        New York, New York 10005
        james.mirro@ag.ny.gov