*Jacques G. Simon*
*Attorney at Law P.C.*

email: jgs@jacquessimon.com
url: jacquessimon.com

**Bar Admissions: NY, CT, GA, TX, DC**

| **Long Island NY Main Offices*** | **Washington DC Offices** | **New York City Offices** |
|---|---|---|
| 200 Garden City Plaza | 601 13th Street, NW | 420 Lexington Ave., |
| Suite 301 | Suite 900 South | Suite 300 |
| Garden City, NY 11530 | Washington, D.C. 20005 | New York, NY 10170 |
| Phone: (516) 378-8400 | Phone: (202) 301-8070 | Phone: (332) 330-9002 |
| Fax: (516) 559-7009 | Fax: (202) 301-8071 | Fax: (332) 220-3880 |

Respond to LI  x  DC__ NYC__ office

Application Granted.
October 27, 2025

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
10-28-25

Via ECF

Hon P. Kevin Castel USDJ
US District Court SDNY
500 Pearl Street
New York, NY 10007

Re: Re: Isadora Guggenheim v. James McDonald et.al.
USDC SDNY Civ. No. 1:25-cv-03615 (PKC)
Response to defendants' letter motion DE 38 **AMENDED**

Dear Judge Castel:

    I am Plaintiff's attorney and as such I am fully familiar with the facts stated in this letter. This letter motion is filed in support of Plaintiff's application pursuant to the individual rules of practice for an Order accepting last night's/this early morning's filings of the documents in docket Nos. 61 - (Plaintiff's memorandum of law in opposition to defendants' motion to dismiss the complaint pursuant to FRCP 12(b) and Rule 8) and docket No. 62 - (Plaintiff's reply memorandum in support of motion for a preliminary injunction) - due to exigent circumstances attributable to technical difficulties which hindered access to PACER and the Court filing web site.

    Specifically, on September 25, 2025 in accordance with the individual rules of practice, by letter motion DE 59 I asked for an extension of time to October 24, 2025 to file responses to defendants' motion to dismiss the Amended Complaint and further to file a reply to defendants'

1