UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ISADORA GUGGENHEIM,

                         Plaintiff,

                                                          25-cv-3615 (PKC)

              -against-                                        ORDER


JAMES MCDONALD, MD, in his official capacity
as Commissioner of NYS Department of Health;
JOSEPH A. GIOVANNETTI, in his official
capacity as Director of Bureau of
Investigations, NYS Department of Health;
"JOHN DOE" and/or "MARY ROE", the last
two names being fictitious whose identity
is unknown to the Plaintiff, the individual(s)
intended being the director or head officer of
the NYS Department of Health Immunizations
Bureau,

                         Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

         Based upon the Court's Opinion and Order of April 20, 2026 (ECF 69), the Clerk

is respectfully requested to enter final judgment for defendants.

         SO ORDERED.

                                              P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       April 29, 2026