# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

ISADORA GUGGENHEIM,

                Plaintiff,                      25 **CIVIL** 3615 (PKC)

          -against-                         **JUDGMENT**

JAMES MCDONALD, MD, in his official capacity as
Commissioner of NYS Department of Health; JOSEPH A.
GIOVANNETTI, in his official capacity as Director of
Bureau of Investigations, NYS Department of Health;
"JOHN DOE" and/or "MARY ROE", the last two names
being fictitious whose identity is unknown to the Plaintiff,
the individual(s) intended being the director or head officer
of the NYS Department of Health Immunizations Bureau,

                Defendants.

--------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 20, 2026, and Court's Order dated April 30,

2026, Defendants' motion to dismiss for lack of subject matter jurisdiction is DENIED.

Defendants' motion to dismiss for failure to state a claim is GRANTED. Guggenheim's motion

for a preliminary injunction is DENIED as moot.

**Dated:** New York, New York
       May 1, 2026

                            **TAMMI M. HELLWIG**
                              **Clerk of Court**

            **BY:**

                       _____
                           **Deputy Clerk**